IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| for the use of F&B ) | | |
| CONSTRUCTION, INC., a ) | | |
| Nebraska corporation, ) | | |
| ) | | |
| Plaintiff, ) | | 8:13CV364 |
| ) | | |
| v. ) | | |
| ) | | |
| THE CINCINNATI INSURANCE ) | | ORDER |
| COMPANY, an Ohio corporation, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

      This matter is before the Court on the motion of the law firm of Copple, Rockey, McKeever & Schlecht, PC, LLO, to withdraw as counsel for defendant (Filing No. 22).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that the motion is granted.  The law firm of Copple, Rockey, McKeever & Schlecht, PC, LLO, is deemed withdrawn as counsel of record for defendant.  The clerk shall remove the name from CM/ECF so it does not receive notice of future filings.

      DATED this 27th day of May, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court