IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>for the use of F&B<br>CONSTRUCTION, INC., a<br>Nebraska corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>THE CINCINNATI INSURANCE<br>COMPANY, an Ohio corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:13CV364<br><br><br><br><br>ORDER |

       This matter is before the Court on plaintiff's motion to strike (Filing No. 26).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that the motion to strike is granted. Filing No. 25 shall be stricken as an incorrect document.

       DATED this 1st day of July, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court