IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
for the use of F&B             )
CONSTRUCTION, INC., a          )
Nebraska corporation,          )
                               )
            Plaintiff,         )         8:13CV364
                               )
       v.                      )
                               )
THE CINCINNATI INSURANCE       )         ORDER
COMPANY, an Ohio corporation,  )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the joint stipulation for dismissal (Filing No. 34).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted.  This action is dismissed with prejudice, each party to pay its own costs.

DATED this 20th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court